FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD FABEL, | No.  2:19-MC-0043-JTR |
| Plaintiff, | REPORT AND RECOMMENDATION TO DISMISS, WITHOUT PREJUDICE, FOR LACK OF SERVICE |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |

**BEFORE THE COURT** is Movant's August 28, 2019 motion to return property.  ECF No. 1.  Movant is proceeding *pro se*.  Respondent, the United States of America, has not appeared in this matter.

Movant seeks the return of personal property allegedly seized by the United States in February 2006.  ECF No. 1 at 1-2.

On December 12, 2019, the Court directed Movant to show cause why this matter should not be dismissed for his failure to effectuate proper service[1] in the case.  ECF No. 9.  Movant was advised that if he failed to show good cause within 20 days of the date of the order (no later than January 1, 2020), his case would be dismissed.  *Id*.

---

[1]Movant was previously advised of an issue regarding service on October 21, 2019, ECF No. 4, November 5, 2019, ECF No. 6, and November 15, 2019, ECF No. 8.

REPORT AND RECOMMENDATION . . . - 1

As discussed in the show cause order, ECF No. 9, the Court shall dismiss a case without prejudice if proper service is not made within 90 days of the date of the filing of the initial motion for return of property (August 28, 2019).  FED. R. CIV. P. 4(m).  Movant's 90 days in which to effectuate service expired on November 26, 2019, and it appears Respondent has not been properly served in this case.  *See* FED. R. CIV. P. 4(i).  Moreover, to date, the Court has received no response to the Court's December 12, 2019 show cause order.  Movant has failed to show good cause why this action should not be dismissed.  Accordingly, **IT IS RECOMMENDED** the motion for return of property, ECF No. 1, be **DISMISSED WITHOUT PREJUDICE**.

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof.  Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor.  Any response to the objection shall be filed within fourteen (14) days after receipt of the objection.  Attention is directed to FED. R. CIV. P. 6(d), which adds additional time after certain kinds of service.

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions.  *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72(b)(3); LMR 4, Local Rules for the Eastern District of Washington.

1    A magistrate judge's recommendation cannot be appealed to a court of

2  appeals; only the district judge's order or judgment can be appealed.

3    The District Court Executive is directed to file this Report and

4  Recommendation and provide a copy to Movant.

5    DATED January 6, 2020.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION . . . - 3